JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF MARTINEZ, GLENN WALKUP, J. ROGERS, AND
B. CARTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN NELSON WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MARTINEZ, GLENN WALKUP, J. ROGERS, B. CARTER, AND DOES 1 through 20,<br><br>Defendants. | Case No. C08-0449 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>**AND**<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

Defendants CITY OF MARTINEZ, GLENN WALKUP, J. ROGERS, and B. CARTER, hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

///

///

///

///

1  Dated: March 25, 2008

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendant
CITY OF MARTINEZ, GLENN WALKUP, J. ROGERS, AND B. CARTER

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE                                                2