United States District Court
For the Northern District of California

1
2
3
4
5
6
7                            UNITED STATES DISTRICT COURT
8                           NORTHERN DISTRICT OF CALIFORNIA
9
10   BRIAN NELSON WILLIAMS,                        Case No. C08-0449 EMC
11              Plaintiff,
12      v.
13   CITY OF MARTINEZ, et al.,
14              Defendants.
15   _____
16
17
18
19              **NOTICE OF IMPENDING REASSIGNMENT TO**
20              **A UNITED STATES DISTRICT COURT JUDGE**
21       The Clerk of this Court will now randomly reassign this case to a United States District
22   Judge because either:
23       (x)   One or more of the parties has requested reassignment to a United States District
24   Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or
25       ( )   One or more of the parties has sought a type of judicial action (e.g., a temporary
26
27   restraining order) that a United States Magistrate Judge may not take without the consent of all
28   parties, the necessary consents have not been secured, and time is of the essence.

1  Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3  date.

Dated: April 3, 2008

Richard W. Wieking, Clerk
United States District Court

_____
By: Betty Fong, Deputy Clerk

2