United States District Court
Northern District of California

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Williams,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>City of Martinez,<br><br>　　　　　　Defendant(s). | 08-00449 SI MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

　　　　**Linda McSweyn**
　　　　Law & Mediation Offices of Linda McSweyn
　　　　582 Market St., Suite 301
　　　　San Francisco, CA 94104
　　　　415-956-3440
　　　　lmcsweyn@lawandmediation.org

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

---

**Notice of Appointment of Mediator**
08-00449 SI MED　　　　　　　　　　　　　　- 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: April 28, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

---

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-00449 SI MED                  - 2 -