**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 5/9/08

Case No.   C-08-0449SI            Judge:   SUSAN ILLSTON

Title: BRIAN NELSON WILLIAMS -v- CITY OF MARTINEZ

Attorneys: S. Casper        N. Blechman

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) _____

3) _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **9/12/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **2/13/09   @ 9:00 a.m.**  for Motions
(Motion due 1/9/09, Opposition 1/23/09  Reply 1/30/09)

Case continued to **3/10/09  @ 3:30 p.m.**  for Pretrial Conference

Case continued to  **3/23/09 @ 8:30 a.m.**  for Trial (jury:5  Days)
Discovery Cutoff: 10/31/08  Designate Experts by: 11/10/08, Rebuttal Experts:11/24/08, Expert Discovery Cutoff:12/19/08

ORDERED AFTER HEARING:
The mediation deadline has been extended to August 22, 2008.


cc: ADR