# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Williams,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>City of Martinez,<br><br>　　　　　　Defendant(s). | 08-00449 SI MED<br><br>**Notice Vacating Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The appointment of Linda McSweyn to serve as the Mediator in this matter is vacated.  The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: May 14, 2008

　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING
　　　　　　　　　　　　　　　　　　　　Clerk
　　　　　　　　　　　　　　　　　　　　by:　Claudia M. Forehand

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ADR Case Administrator
　　　　　　　　　　　　　　　　　　　　415-522-2059
　　　　　　　　　　　　　　　　　　　　Claudia_Forehand@cand.uscourts.gov

**Notice Vacating Appointment of Mediator**
08-00449 SI MED