IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN NELSON WILLIAMS, | No. C 08-00449 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | corrected |
| MARTINEZ CITY OF, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>September 12, 2008</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 31, 2008</u>.

DESIGNATION OF EXPERTS: <u>11/10/08</u>; REBUTTAL: <u>11/24/08</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>December 19, 2008</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 9, 2009</u>;

   Opp. Due <u>January 23, 2009</u>;  Reply Due <u>January 30, 2009</u>;

    and set for hearing no later than <u>February 13, 2009</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>March 10, 2009</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>March 23, 2009</u> at <u>8:30 AM.</u>,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>five</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The mediation deadline has been extended to August 22, 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California