IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN NELSON WILLIAMS,

        Plaintiff,

  v.

MARTINEZ CITY OF,

        Defendant.
                                   /

No. C 08-00449 SI

**PRETRIAL PREPARATION ORDER**

corrected

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 12, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 31, 2008.

DESIGNATION OF EXPERTS: 11/10/08; REBUTTAL: 11/24/08.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 19, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by January 9, 2009;

     Opp. Due January 23, 2009; Reply Due January 30, 2009;

   and set for hearing no later than February 13, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 10, 2009 at 3:30 PM.

JURY TRIAL DATE: March 23, 2009 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The mediation deadline has been extended to August 22, 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                      SUSAN ILLSTON
                                                      United States District Judge