# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Williams,<br><br>               Plaintiff(s),<br><br>  v.<br><br>City of Martinez,<br><br>               Defendant(s). | 08-00449 SI MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Todd A. Boley**
> Erickson, Beasley & Hewitt, LLP
> 483 Ninth Street, Suite 200
> Oakland, CA 94607
> (510) 839-3448
> tboley@ebhw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00449 SI MED                                              - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: June 4, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-00449 SI MED                    - 2 -