IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SEPTEMBER 12, 2008 CASE    **NOTICE**
MANAGEMENT CONFERENCES
             Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to the Court's unavailability, the cases listed below
have been continued to WEDNESDAY, OCTOBER 8, 2008, AT 3:30 P.M.  The joint case
management conference statements shall be filed one week prior to the conference.

C-08-0449 BRIAN NELSON WILLIAMS v. CITY OF MARTINEZ
Further Case Management Conference

Dated: August 15, 2008                                    RICHARD W. WIEKING, Clerk



_____
Tracy Sutton
Deputy Clerk

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28