1 Stan Casper (State Bar No. 56705)
CASPER, MEADOWS, SCHWARTZ & COOK
2 A Professional Corporation
California Plaza
3 2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
4 Telephone: (925) 947-1147
Facsimile: (925) 947-1131
5
Attorneys for Plaintiff
6 BRIAN NELSON WILLIAMS

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

11 BRIAN NELSON WILLIAMS,    Case No. C08-0449 SI

12         Plaintiff,
                            STIPULATION AND ORDER TO CONTINUE
13   vs.                    CASE MANAGEMENT CONFERENCE

14 CITY OF MARTINEZ, GLENN WALKUP,
   J. ROGERS, B. CARTER, and DOES 1
15 through 20,

16         Defendants.

17   IT IS HEREBY STIPULATED by and between the parties herein, through their

18 respective counsel, that the Case Management Conference scheduled October 8, 2008, is

19 continued to December 12, 2008 at 2:30 p.m.

20

21 Dated: October 6, 2008        /s/ Stan Casper
                                 Stan Casper
22                               CASPER, MEADOWS, SCHWARTZ & COOK
                                 Attorneys for Plaintiff
23                               BRIAN NELSON WILLIAMS

24 Dated: October 6, 2008        /s/ James V. Fitzgerald III
                                 James V. Fitzgerald III
25                               MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                                 PFALZER, BORGES & BROTHERS LLP
26                               Attorneys for Defendant
                                 CITY OF HAYWARD
27

28

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

STIPULATION AND ORDER RE CMC                                           Page 1

1  IT IS SO ORDERED:
2
3  Dated: _____   *Susan Illston*
                                    HONORABLE SUSAN ILLSTON
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

STIPULATION AND ORDER RE CMC                                Page 2

**PROOF OF SERVICE** (C.C.P. §§1013, 2015.5)

RE: **Williams v. City of Martinez, et al.**
USDC Case No. C08-0449 SI

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 2121 North California Blvd., Suite 1020, Walnut Creek, CA 94596. On the date below, I served the following documents in the manner indicated on the below-named parties and/or counsel of record:

**STIPULATION AND ORDER RE CASE MANAGEMENT CONFERENCE**

☐ **U.S. MAIL.** On the date indicated below, I placed a true and correct copy of the aforementioned documents in a sealed envelope, individually addressed to each of the parties on the attached Service List, with First Class postage fully prepaid. I am readily familiar with this firm's practice for collection and processing of documents for deposit with the U.S. Postal Service at Walnut Creek, California, in the ordinary course of business.

☐ **FACSIMILE TRANSMISSION** from (925) 947-1131 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

☒ **ELECTRONICALLY,** I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties.

☐ **Hand-Delivery Via Courier**
☐ **Other:**

**Attorneys for Defendants:**

James V. Fitzgerald II
Noah G. Blechman
McNamara, Dodge, Ney, Beatty, et al.
1211 Newell Avenue
P. O. Box 5288
Walnut Creek, CA 94596

925-939-5330
925-939-0203 fax

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 6, 2008

*/s/ Josie Hoag*
Josie Hoag

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131